**JASON K. SINGLETON, CSB#166170**
**SINGLETON LAW GROUP**
**611 "L" STREET, SUITE "A"**
**EUREKA, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**



GRANTED
Judge Maria-Elena James

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,** | **CASE NUMBER** |
| **Plaintiff(s),** | |
| **v.** | **3:11-CV-01678 MEJ** |
| **McENG ENTERPRISES, et al.,** | **NOTICE OF DISMISSAL PURSUANT** |
| **Defendant(s).** | **RULE 41(a) OR (c) F.R.Civ.P.** |

PLEASE TAKE NOTICE: (Check one)

■ This action is dismissed by the Plaintiff (s) in its entirety.

☐ The Counterclaim brought by Claimant (s) _____ is
   dismissed by Claimant (s) in its entirety.

☐ The Cross-Claim brought by Claimant (s) _____  is
   Dismissed by the Claimant (s) in its entirety.

☐ The Third-party Claim brought by Claimant (s) _____  is
   Dismissed by the Claimant (s) in its entirety.

☐ ONLY Defendant (s)_____ is
   (are) dismissed from

   (Circle one)       Complaint, Counterclaim, Cross-claim, Third Party Claim

   brought by _____.

The dismissal is made pursuant to Rule 41 (a)  or  (c) of the Federal Rules of Civil
Procedure.

DATED:      _____June 23, 2011_____      _____/s/ Jason K. Singleton_____
                                              Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE
      PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

      F.R.Civ.P. 41(c):  COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED
      BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.